| | | |
|---|---|---|
| Roger D. Padgett, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, | ) | No. 7:15-CV-89-BO |
| *Acting Commissioner of Social Security*, | ) | |
|     Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 34] is GRANTED and defendant's motion for judgment on the pleadings [DE 37] is DENIED. The decision of the ALJ is REVERSED and this matter is REMANDED to the Commissioner for an award of benefits.

This case is closed.

**This judgment filed and entered on June 2, 2016, and served on:**

Charlotte Hall (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

June 2, 2016

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk